IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 11-0231-KD-N** |
| ) | |
| **FRIDAY CONSTRUCTION COMPANY,** ) | |
| **INC., and C. THURMON BELL,** ) | |
| Defendants. ) | |

**ORDER**

This action is before the Court on the Notice of Bankruptcy Filing filed by Defendants Friday Construction Company, Inc. (Friday) and C. Thurmon Bell (Bell). (Doc. 15). As set forth in the Court's October 17, 2011 Order, "based on the information before the Court, the automatic stay pursuant to 11 U.S.C. § 362 may not operate as a stay of this litigation as to Friday." (Doc. 16). As such, the Court ordered Defendant Friday Construction Company, Inc. "to provide the Court with authority to support its position that Bell's individual Chapter 11 bankruptcy petition requires a stay of this action" on or before October 31, 2011. (Id.) To date, Defendant Friday has failed to file any response to the Court's Order. Accordingly, in light of this failure to provide the Court with any authority to supports a request for a stay, it is **ORDERED** that Defendant Friday Construction Company, Inc.'s request, as contained in the Notice of Bankruptcy Filing (Doc. 15), is **DENIED.**

**DONE** and **ORDERED** this **2**nd day of **November 2011.**

/s/ Kristi K DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**